**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-81413-CV-MIDDLEBROOKS

ISAAC JEROME HAYES,

Plaintiff,

v.

CITY OF RIVIERA BEACH,
*et al.*,

Defendant.

_______________________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause is before the Court upon Defendants' Motions for Dismiss the Second Amended Complaint. (DE 79, DE 82). The motion was referred to Magistrate Judge Bruce E. Reinhart. (DE 55). On October 7, 2026, Judge Reinhart entered a Report and Recommendation ("Report") (DE 89), recommending that Defendants' motions be granted and the Second Amended Complaint be dismissed with prejudice. Plaintiff filed his objections on October 20, 2026. (DE 92).

I have conducted a *de novo* review of the Report, the record, Plaintiff's objections, and the relevant authorities. Upon review, I find that Judge Reinhart's analysis well-reasoned and fully supported by the record. Notably, Plaintiff's objections acknowledge that the second amended complaint contains deficiencies requiring correction. (DE 92 at 2). Plaintiff does not meaningfully challenge the Report's conclusion that the pleading is deficient; instead, he objects only to dismissal with prejudice and requests leave to file a third amended complaint.

The record reflects that Plaintiff has already filed an original complaint (DE 1), a first amended complaint (DE 14), and a second amended complaint (DE 76). Before granting leave to

file the second amended complaint, Judge Reinhart expressly advised Plaintiff that it would be his "last chance to file an amended complaint." (DE 62 at 10).

Although *pro se* litigants generally must be afforded at least one opportunity to amend a deficient complaint before dismissal with prejudice, leave to amend need not be granted where further amendment would be futile. *See Silberman v. Miami-Dade Transit*, 927 F.3d 1123, 1132-33 (11th Cir. 2019). Moreover, once a *pro se* plaintiff has been given an opportunity to amend, a district court retains discretion to deny further requests for leave to amend. *See Laurent v. U.S. Trustee*, 196 F. App'x 740, 744 (11th Cir. 2006).

Here, Plaintiff has been afforded multiple opportunities to cure the deficiencies in his pleadings and has failed to do so. Further amendment would be futile. Accordingly, I find no basis to permit yet another amendment.

For these reasons, and for the additional reasons set forth in Judge Reinhart's thorough and well-reasoned Report, I adopt the Report and Recommendation, grant Defendants' motions to dismiss, and dismiss the second amended complaint with prejudice.

**CONCLUSION**

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that

1) Plaintiff's Objections (DE 92) to Judge Reinhart's Report are **OVERRULED**.

2) Judge Reinhart's Report (DE 89) is **ADOPTED**.

3) Defendants' Motions for Dismiss the Second Amended Complaint. (DE 79, DE 82) are **GRANTED**.

4) The Clerk shall **CLOSE** the case and all pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 22nd day of October, 2026.



Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record